UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MARION YOUNG                                              CIVIL ACTION

VERSUS                                                    NUMBER: 07-7413

UNITED FIRE & CASUALTY CO.                                SECTION: "M"(5)


### REPORT AND RECOMMENDATION

Presently before the Court is defendant's motion requesting the issuance of a Report and Recommendation.  (Rec. doc. 16).  Plaintiff has filed no opposition to defendant's motion nor did she appear at the hearing on the motion that was held on June 18, 2008 at 11:00 a.m. (Rec. doc. 19).  For the reasons that follow, it is recommended that defendant's motion be granted and that plaintiff's lawsuit be dismissed with prejudice.

Pro se plaintiff, Marion Young, filed the above-captioned Katrina-related lawsuit in the Civil District Court for the Parish of Orleans on September 25, 2007.  (Rec. doc. 1-3).  The case was removed here thirty days later and issue was joined on November 19, 2007.  (Rec. docs. 1, 3).  On December 4, 2007, a scheduling order was entered setting a pre-trial conference for July 23, 2008 and a jury trial for August 11. 2008.  (Rec. doc. 4).

On February 22, 2008, defendant filed a motion to compel representing therein that plaintiff had failed to respond to discovery requests that were propounded upon her on November 19, 2007. (Rec. doc. 6).  Plaintiff filed no opposition to that motion nor did she appear at the hearing on the motion that was held on April 30, 2008 at 11:00 a.m.  (Rec. doc. 11).  At that time, the Court granted

defendant's motion as unopposed and ordered plaintiff to respond to defendant's outstanding discovery requests within thirty days, absent which a Report and Recommendation would be issued recommending that her lawsuit be dismissed for failure to prosecute. (Id. at p. 2). Defendant dutifully filed its exhibit and witness lists on May 22, 2008. (Rec. docs. 12, 13). On June 5, 2008, defendant filed the motion that is currently before the Court advising that plaintiff still had not responded to its outstanding discovery requests as ordered. (Rec. doc. 16). As noted earlier, plaintiff has filed no opposition to defendant's motion and she failed top appear at the hearing held on the motion on June 18, 2008. (Rec. doc. 19).

      Rule 37(b)(2)(C) and (d) of the Federal Rules of Civil Procedure allows a district court to dismiss a lawsuit with prejudice when a party fails to appear for a properly noticed deposition or fails to comply with a discovery order. Batson v. Neal Spelce Associates, Inc., 765 F.2d 511, 514-17 (5th Cir. 1985); Kabbe v. Rotan Mosle, Inc., 752 F.2d 1083, 1084-85 (5th Cir. 1985). Dismissal with prejudice being a severe sanction, its use is appropriate only where the refusal to comply results from willfulness or bad faith and is accompanied by a record of delay or contumacious conduct. Coane v. Ferrara Pan Candy Company, 898 F.2d 1030, 1032 (5th Cir. 1990). In addition, pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure, an action may be dismissed based on the failure of the plaintiff to prosecute his case or to comply with an order of the court. Lopez v. Aransas County Independent School District, 570 F.2d 541 (5th Cir. 1978).

      As noted above, plaintiff has failed to respond to defendant's outstanding discovery requests, which responses are now overdue by some six months. By scheduling oral argument on defendant's initial motion to compel and the follow-up motion at hand, the Court hoped to impress upon plaintiff the need to prosecute her case which includes the obligation that she respond to properly-

propounded discovery requests. Plaintiff, however, filed no opposition to either of the defense motions and she failed to appear for both of the hearings held on the motions. Plaintiff has also failed to comply with the Court's order of April 30, 2008 directing her to respond to defendant's discovery requests under pain of dismissal. Under these circumstances, the Court is constrained to conclude that plaintiff has no further interest in prosecuting this case. As plaintiff is proceeding <u>pro se</u> in this matter, these failures are attributable to her alone.

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's suit be dismissed with prejudice pursuant to rules 37(b)(2)(C) and (d) and 41(b) of the Federal Rules of Civil Procedure.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this   20th  day of       June     , 2008.

ALMA L. CHASEZ<br>
UNITED STATES MAGISTRATE JUDGE