UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARION YOUNG                                         CIVIL ACTION

VERSUS                                               NUMBER: 07-7413

UNITED FIRE AND CASUALTY CO.                         SECTION: "M"(5)

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** with prejudice pursuant to Rules 37(b)(2)(C) and (d) and 41(b) of the Federal Rules of Civil Procedures.

New Orleans, Louisiana, this  30th  day of _____June_____, 2008.

_____
UNITED STATES DISTRICT JUDGE